1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10      ERNEST MEDINA,

11                  Plaintiff,                    No. 2:12-cv-1598 GGH P

12            vs.

13      GARY R. STANTON, et al.,

14                  Defendants.              ORDER FOR PAYMENT

15                                    /      OF INMATE FILING FEE

16      To:  The Sheriff of Kern County, Attention:  Inmate Trust Account, 17695 Industrial Farm Road,

17      Bakersfield, California 93308:

18                  Plaintiff, a county jail inmate proceeding in forma pauperis, is obligated to pay the

19      statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of

20      20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the

21      average monthly balance in plaintiff's trust account for the 6-month period immediately

22      preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial

23      filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent

24      of the preceding month's income credited to plaintiff's trust account.  The Kern County Sheriff is

25      required to send to the Clerk of the Court the initial partial filing fee and thereafter payments

26      from plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until

1

the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  The Sheriff of Kern County or a designee shall collect from plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court.  The payment shall be clearly identified by the name and number assigned to this action.

2.  Thereafter, the Kern County Sheriff or a designee shall collect from plaintiff's inmate trust account monthly payments from plaintiff's trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the inmate's trust account and forward payments to the Clerk of the Court each time the amount in the trust account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full.  The payments shall be clearly identified by the name and number assigned to this action.

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on the Sheriff of Kern County, Attention:  Inmate Trust Account, 17695 Industrial Farm Road, Bakersfield, California 93308.

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: 08/21/2012

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
medi1598.cdc.kern

2